\*\*E-filed 6/13/06\*\*

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant OLIVERA-NEGRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00349-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| JAVIER OLIVERA-NEGRETE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Assistant United States Attorney Susan Knight and defendant, Javier Olivera-Negrete, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for June 14, 2006, at 9:00 a.m., should be continued to July 26, 2006 at 9:00 a.m.

The reason for this stipulation is to allow defendant and defense counsel enough time to review the discovery recently received in this case.  For this reason, the parties stipulate and agree to continue the status date in this case to July 26, 2006.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Oliveria-Negrete the time necessary for effective preparation, taking into account the exercise of due diligence.

1 | SO STIPULATED.

3 | Dated: June 12, 2006             _____/s/_____
4 |                                  ANGELA M. HANSEN
  |                                  Assistant Federal Public Defender

6 | Dated: June 12, 2006             _____/s/_____
7 |                                  SUSAN KNIGHT
  |                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAVIER OLIVERA-NEGRETE,<br><br>    Defendant. | No. CR 06-00349-JF<br><br>[~~PROPOSED~~] **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

  The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for June 14, 2006 at 9:00 a.m. is continued to July 26, 2006 at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 14, 2006 through and including July 26, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 13, 2006

                 /s/ Jeremy Fogel
                 JEREMY FOGEL
                 United States District Judge

1 | Distribute to:
2 |
3 | Angela Hansen
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Susan Knight
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |