**E-filed 7/25/06**

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant OLIVERA-NEGRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00349-JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| JAVIER OLIVERA-NEGRETE, | ) | **ORDER TO CONTINUE STATUS DATE** |
| Defendant. | ) | |

Assistant United States Attorney Susan Knight and defendant, Javier Olivera-Negrete, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for July 26, 2006, at 9:00 a.m., should be continued to September 27, 2006 at 9:00 a.m.

The parties request this continuance to allow defendant and defense counsel enough time to review the discovery in this case and to review audio tapes from immigration proceedings that have been ordered but not yet received.  For these reasons, the parties stipulate and agree to continue the status date in this case to September 27, 2006.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Oliveria-Negrete the time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2

3  SO STIPULATED.

4

5  Dated: July 21, 2006                              _____/s/_____
                                                     ANGELA M. HANSEN
6                                                    Assistant Federal Public Defender

7

8  Dated: July 21, 2006                              _____/s/_____
                                                     SUSAN KNIGHT
9                                                    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00349-JF |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| JAVIER OLIVERA-NEGRETE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for July 26, 2006 at 9:00 a.m. is continued to September 27, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 26, 2006 through and including September 27, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: July 25, 2006

_____
JEREMY FOGEL
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26