*efiled 10/24/06

1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant OLIVERA-NEGRETE

6

7

8               IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,       )    No. CR 06-00349-JF
                                    )
12          Plaintiff,              )
                                    )
13  v.                              )    **STIPULATION AND [PROPOSED]**
                                    )    **ORDER TO CONTINUE STATUS DATE**
14  JAVIER OLIVERA-NEGRETE,         )
                                    )
15          Defendant.              )
    _____)

16

17          Assistant United States Attorney Susan Knight and defendant, Javier Olivera-Negrete,

18  through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree

19  that the status date in the above-captioned matter, presently scheduled for October 25, 2006, at

20  9:00 a.m., should be continued to November 15, 2006 at 9:00 a.m.

21          The parties request this continuance to allow defendant and defense counsel enough time

22  to collect prior conviction records that have been ordered but not yet received.  Counsel also

23  needs additional time to complete the review of prior immigration proceedings.  For these

24  reasons, the parties stipulate and agree to continue the status date in this case to November 15,

25  2006.

26          The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

    the ends of justice served by the continuance requested outweigh the best interest of the

    defendant and public in a speedy trial because the failure to grant such a continuance would

unreasonably deny Mr. Oliveria-Negrete the time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

Dated: October 23, 2006             _____/s/_____
                                       ANGELA M. HANSEN
                                       Assistant Federal Public Defender

Dated: October 23, 2006             _____/s/_____
                                         SUSAN KNIGHT
                                       Assistant United States Attorney

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

| UNITED STATES OF AMERICA, | ) | No. CR 06-00349-JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| JAVIER OLIVERA-NEGRETE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16
17
18
19
20
21
22

　　　　The parties have jointly requested to continue the status date and good cause appearing,

IT IS HEREBY ORDERED that the status date presently set for October 25, 2006 at 9:00 a.m. is

continued to November 15, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS

FURTHER ORDERED that the period of time from October 25, 2006 through and including

November 15, 2006, shall be excluded from the period of time within which trial must

commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

23

Dated: October 24 2006

　　　　　　　　　　　　　　　　　　　　　_____
24
　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　United States District Judge

25
26

1    Distribute to:

2

3    Angela Hansen
     Assistant Federal Public Defender
     160 West Santa Clara Street, Suite 575
4    San Jose, CA 95113
     Counsel for Defendant
5

6    Susan Knight
     Assistant United States Attorney
     150 Almaden Blvd., Suite 900
7    San Jose, CA 95113
     Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26