BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant OLIVERA-NEGRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00349-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| JAVIER OLIVERA-NEGRETE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Assistant United States Attorney Susan Knight and defendant, Javier Olivera-Negrete, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for December 20, 2006, at 9:00 a.m., should be continued to January 17, 2007 at 9:00 a.m. for a change of plea.

The parties request this continuance because the parties are close to a disposition of this matter.  Counsel for Mr. Olivera needs additional time to discuss an offer that was made by the government with her client.  For these reasons, the parties stipulate and agree to continue this case to January 17, 2007 for final disposition.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Oliveria-Negrete the time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2

3  SO STIPULATED.

4

5  Dated: December 18, 2006                         _____/s/_____
                                                    ANGELA M. HANSEN
6                                                   Assistant Federal Public Defender

7

8  Dated: December 18, 2006                         _____/s/_____
                                                    SUSAN KNIGHT
9                                                   Assistant United States Attorney

\*\*E-filed 12/19/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00349-JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER CONTINUING** |
| ) | **STATUS DATE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| JAVIER OLIVERA-NEGRETE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for December 20, 2006 at 9:00 a.m. is continued to January 17, 2007 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 20, 2006 through and including January 17, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: December 19, 2006

_____
JEREMY FOGEL
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26